Commonwealth ex rel. McNeair, Appellant, *v.* Banmiller.

Submitted November 15, 1957. Before JONES, C. J. BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Joseph McNeair,* appellant, in propria persona.

*Juanita Kidd Stout,* Assistant District Attorney, and *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, January 6, 1958:

The order of the Court below is affirmed on the Opinion of Judge SLOANE of the Court of Common Pleas No. 7 of Philadelphia County.